**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM DONOVAN,
    Plaintiff,

vs.                              CASE NO. 8:07-CIV-1672-T-17-EAJ

M/V SOMEDAY CAME, etc., et al.,
    Defendants.
_____/

**ORDER**

    This cause is before the Court on the plaintiff's motion for entry of a default judgment *in rem* and *in personam* (Docket No. 27). No interested party, defendant or claimant, has filed a timely response to the motion. The Court has reviewed the motion and finds it well taken. Accordingly, it is

    **ORDERED** that the motion for entry of a default judgment *in rem* and *in personam* (Docket No. 27) be **granted** and the Clerk of Court is directed to enter a judgment for the plaintiff and against M/V SOMEDAY CAME, its engines, tackle, apparel, etc., *in rem,* and Four Star Automotive Sales, Inc., *in personam*, in the total amount of $185,093.00 which includes the principal sum of $150,000.00, plus interest in the amount of $29,250.00, plus late fees of $1,100.00 and attorney's fees in the amount of $4,743.00. The Clerk of Court is directed to close this case.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of December, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record